**UNITED STATES DISTRICT COURT**
For the
Southern District of Florida

EDGARDO PENA-VALLE and all others similarly situated under 29 U.S.C. 216 (B)

Case# 09 23393 CIV MORENO/TORRES

Plaintiff

Vs.

NATIONAL SINGLE-PLY, INC.
MICHAEL BULLOCK,

Defendant

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
MICHAEL BULLOCK
5100 Papaya Circle
Harlingen, Texas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. H. ZIDELL, P.A.
300 71st Street Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Dec. 22, 2009

Steven M. Larimore
Clerk of Court

s/Megan Mercado
Deputy Clerk
U.S. District Courts